RICHARD LEONI, JR. v. TOWNSHIP OF HAMILTON.

September 30, 1976.

The parties having stipulated to the dismissal of the appeal, and good cause appearing; it is ORDERED that the appeal is dismissed.

JOHN F. CRYAN v. ANN KLEIN.

March 14, 1978.

ORDERED that the grant of certification is vacated and the appeal is dismissed. (See 75 *N.J.* 606)

STATE OF NEW JERSEY v. JOHN LEE COOPER.

May 15, 1979.

This Court having granted the State's petition for certification by order dated April 3, 1979, 81 *N.J.* 56 (1979), and the Court having been advised subsequently that defendant has pleaded guilty to the charges against him and has been sentenced thereon, and good cause appearing; It is ORDERED that the within appeal be and hereby is dismissed as moot.